IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODERICK MERCHANT,<br><br>Plaintiff,<br><br>v.<br><br>MARY SABOL, ET AL.,<br><br>Defendants | No. 3:15-CV-2192<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE SCHWAB) |

## ORDER

**NOW** this 17th day of May 2016, upon review of Magistrate Judge Schwab's Report and Recommendation (Doc. 21) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 21) is **ADOPTED.**

(2) Plaintiff's Petition (Doc. 1) is **DISMISSED** as moot.

(3) The Clerk of Court is ordered to mark this matter as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge